**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.  3:22-CV-159-FDW-DCK**

| | | |
|---|---|---|
| **NICHOLAS NIELSEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ADM TRUCKING, INC.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Kenan Loomis, concerning Josh M. Greenbaum, on January 11, 2023.  Josh M. Greenbaum seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**.  Josh M. Greenbaum is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: January 12, 2023

David C. Keesler
United States Magistrate Judge